# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br>    Plaintiff,<br>v.<br>CLARK COUNTY, et al.,<br>    Defendants. | Case No.: 2:22-cv-00560-RFB-NJK<br>**Order**<br>[Docket No. 6] |

Pending before the Court is Plaintiff's motion to extend the deadline to pay the initial filing fee. Docket No. 6. For good cause shown, the motion is **GRANTED**. Plaintiff shall have until **June 23, 2022,** to pay his initial partial filing fee as set forth in the Court's order at Docket No. 5.

IT IS SO ORDERED.

Dated: May 24, 2022

  _____
  Nancy J. Koppe
  United States Magistrate Judge