# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br>          Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>          Defendant(s). | Case No. 2:22-cv-00560-RFB-NJK<br>**ORDER**<br>[Docket No. 8] |

Pending before the Court is Plaintiff's second request to extend the deadline to pay the partial filing fee. Docket No. 8. For good cause, the Court GRANTS the motion to extend and EXTENDS that deadline to July 22, 2022.

IT IS SO ORDERED.

Dated: June 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1