UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMMAR HARRIS,

    Plaintiff,

v.

CLARK COUNTY, et al.,

    Defendants.

Case No. 2:22-cv-00560-RFB-NJK

**ORDER TO PRODUCE FOR VIDEOCONFERENCE: AMMAR HARRIS #1116547**

TO: BRIAN WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

THE COURT HEREBY FINDS that **AMMAR HARRIS #1116547**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **AMMAR HARRIS #1116547** on or about May 12, 2023, at the hour of 11:00 a.m., **for a videoconference hearing by zoomgov** technology in the instant matter,; and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **AMMAR HARRIS #1116547**, is released and discharged by the said Court; and that **AMMAR HARRIS #1116547**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

    **DATED** this 5th day of May, 2023.

_____
RICHARD F BOULWARE II
UNITED STATES DISTRICT JUDGE