# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ammar Harris,

    Plaintiff(s),

v.

Clark County, et al.,

    Defendant(s).

Case No. 2:22-cv-00560-RFB-NJK

**ORDER**

[Docket No. 83]

Pending before the Court is Plaintiff's motion for issuance of summonses. Docket No. 83.[1]

Plaintiff seeks issuance of summonses for Defendants Clark County, Las Vegas Metropolitan Police Department, Catherine Hui, A. Beas, Christopher Baughman, A. Baca, A. Ortiz, Karen Hughes, K. Bluth, and D. Hoier. *See id.* at 1.

As to Defendant Clark County, it has already filed a motion to dismiss. Docket No. 84. Hence, it does not appear that further service efforts are needed as to Clark County. *See, e.g.*, Fed. R. Civ. P. 12(h).

With respect to Defendants Las Vegas Metropolitan Police Department, Catherine Hui, A. Beas, Christopher Baughman, A. Baca, A. Ortiz, Karen Hughes, K. Bluth, and D. Hoier, the Court GRANTS the motion. The Court ORDERS as follows:

1. The Clerk's Office must issue summonses for Defendants Las Vegas Metropolitan Police Department, Catherine Hui, A. Beas, Christopher Baughman, A. Baca, A. Ortiz, Karen Hughes, K. Bluth, and D. Hoier.

2. The Clerk's Office must deliver copies of these summonses, along with nine copies of the Second Amended Complaint (Docket No. 53), to the U.S. Marshal for service.

3. The Clerk of Court must send Plaintiff nine copies of the Form USM-285.

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

4. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285. Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

5. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

IT IS SO ORDERED.

Dated: October 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge