# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris,<br><br>    Plaintiff(s),<br><br>v.<br><br>Clark County, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00560-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 95] |

Pending before the Court is Plaintiff's motion for additional service attempts on Defendants Las Vegas Metropolitan Police Department, A. Ortiz, and A. Beas. Docket No. 95.[1] LVMPD and Ortiz have since appeared by filing a motion to dismiss, Docket No. 97, so that aspect of the motion is now moot. As to Defendant Beas, summons was previously returned unexecuted for lack of a badge number and full name, *see* Docket No. 94 at 16-18, and Plaintiff has now provided a badge number, *see* Docket No. 95 at 2. LVMPD must file a response to this aspect of the motion by November 24, 2025.

IT IS SO ORDERED.

Dated: November 17, 2025

                                                                                              _____
                                                                                              Nancy J. Koppe
                                                                                              United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1