**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ammar Harris,<br><br>          Plaintiff(s),<br><br>v.<br><br>Clark County, et al.,<br><br>          Defendant(s). | Case No. 2:22-cv-00560-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 95] |

Pending before the Court is Plaintiff's motion for additional service attempts on Defendants Las Vegas Metropolitan Police Department, A. Ortiz, and A. Beas.  Docket No. 95.[1]  Defendants filed a response.  Docket No. 102.[2]  On November 17, 2025, LVMPD and Ortiz filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Docket No. 97.  On November 20, 2025, Beas filed a motion to dismiss pursuant to Rule 12(b)(6).  Docket No. 103.  In light of the filing of those motions, any deficiencies with service are no longer at issue.  *See* Fed. R. Civ. P. 12(h)(1).  Accordingly, Plaintiff's motion for additional service attempts is **DENIED** as moot.

IT IS SO ORDERED.

Dated: November 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The Court declines to address the affirmative requests for relief contained within the responsive brief because they are not properly before the Court.  *See, e.g.*, Local Rule IC 2-2(b).

1