UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Clark County, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-00560-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 110] |

On November 26, 2025, the Court issued a standard scheduling order for cases involving *pro se* prisoner plaintiffs. *See* Docket No. 107; *see also* Local Rule 16-1(b). Pending before the Court is the LVMPD Defendants' motion to extend those deadlines to accommodate their desire to retain at least one expert. *See* Docket No. 110. For good cause show, the Court **GRANTS** the motion to extend. The Court **SETS** case management deadlines as follows:

- Amend pleadings/ add parties: January 26, 2026
- Initial experts: February 24, 2026
- Rebuttal experts: March 26, 2026
- Discovery cutoff: April 27, 2026
- Discovery motions: May 11, 2026
- Dispositive motions May 26, 2026
- Joint proposed pretrial order: June 26, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1