# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ammar Harris,

Plaintiff(s),

v.

Clark County, et al.,

Defendant(s).

Case No. 2:22-cv-00560-RFB-NJK

**Order**

[Docket No. 109]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motions to dismiss. Docket No. 109; Docket No. 112 (joinder).[1] Plaintiff filed a response. Docket No. 117.[2] Defendants filed a reply. Docket No. 118. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[3] Accordingly, the Court **GRANTS** Defendants' motion to stay discovery. If resolution of the motions to dismiss does not result in termination of this case, the parties must file a joint proposed discovery schedule within 21 days of the issuance of the order(s) resolving the motions to dismiss.

IT IS SO ORDERED.

Dated: January 22, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The underlying motions to dismiss have been fully briefed.

[2] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[3] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motions and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motions to dismiss is not intended to prejudice their outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motions and related briefing, but will not provide discussion of the merits herein.

1