**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ammar Harris,

      Plaintiff(s),

v.

Clark County, et al.,

      Defendant(s).

Case No. 2:22-cv-00560-RFB-NJK

**ORDER**

[Docket No. 131]

Pending before the Court is Plaintiff's motion to add defendants. Docket No. 131.[1] Defendants filed a response in opposition. Docket No. 133; *see also* Docket No. 134. Plaintiff filed a reply. Docket No. 135. As a threshold issue, the Court cannot properly evaluate this motion because Plaintiff did not attach a proposed amended pleading with claims against the defendants at issue. *But see* Local Rule 15-1(a).[2] In addition, the Court stayed discovery in light of the pending motions to dismiss, and ordered that a new joint proposed scheduling order be filed if resolution of the motions to dismiss does not result in termination of this case. Docket No. 132 at 1. Given that the pending motions to dismiss may resolve the case, it is not clear that deciding whether to add more defendants is appropriate at this juncture. Accordingly, the Court **DENIES** without prejudice Plaintiff's motion to add defendants.

IT IS SO ORDERED.

Dated: February 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] Properly assessing the factual allegations is particularly significant for civil rights claims that may implicate prosecutorial immunity.

1