MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
John "Trey" Pictum, III, Esq., Bar No. 15979
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
tp@mcnuttlawfirm.com
*Counsel for the LVMPD Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMMAR HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, et al.<br><br>Defendants. | Case No.: 2:22-cv-00560-RFB-NJK<br><br>**Motion for an Extension of Time**<br><br>*First Request* |

Defendant Las Vegas Metropolitan Police Department (LVMPD or Metro), together with Defendants Aaron Baca (P# 8754), Albert Beas (P# 5208), Catherine Hui (P# 8263), Kelly Bluth (P# 7927), Don Hoier (P# 4344), and Karen Hughes (P# 2928) (Individual Defendants) (all collectively, the LVMPD Defendants), respectfully move for a 28-day extension to respond, via motion or answer, to Plaintiff Ammar Harris's third amended complaint (TAC) filed on September 22, 2026. (Dkt. 155.) The current deadline to respond to the TAC is October 6, 2026. The requested extension would move that deadline to November 3, 2026.

Federal Rule of Civil Procedure 6 governs extensions of time. The rule allows this Court to extend deadlines for good cause if the request occurs before the original time expires. Fed. R. Civ. P. 6(b)(1)(a); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (addressing good cause). "[R]equests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259

(9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

Good cause exists to grant an extension of time. The TAC names new Defendants Joseph T. Horotiu and David M. Mason. (TAC ¶¶ 12–13.) It totals 44 pages and relies on 820 pages of exhibits. The pleading also relies on, without attaching as exhibits, the 1,395 pages of records produced by the LVMPD Defendants on June 30, 2026. (Dkt. 144.) Additional time is needed for the LVMPD Defendants to investigate the TAC's new allegations and theories, including the ones involving new Defendants. The LVMPD Defendants did not oppose Plaintiff's request for two extensions to file his TAC. (See Dkt. 149, 150, 152.) Those extensions moved the deadline for Plaintiff to file his TAC from August 3, 2026, to September 30, 2026. The extension requested by the LVMPD Defendants is shorter than the sum of the two extensions obtained by Plaintiff.

The LVMPD Defendants respectfully request an extension to November 3, 2026.

Dated September 28, 2026.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
John "Trey" Pictum, III, Esq., Bar No. 15979
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for the LVMPD Defendants*

IT IS SO ORDERED.
Dated: September 28, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge